# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00440-CV

**Irving Q. Hurdle, Jr., Appellant**

**v.**

**Frederich J. Bingham, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-11-000678, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Irving Q. Hurdle, Jr. no longer wishes to pursue this appeal and has filed a motion to dismiss. Hurdle's counsel states that he has conferred with counsel for Frederich J. Bingham, who does not oppose this motion. We grant Hurdle's motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed: December 16, 2011